# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL TORRES,<br><br>        Petitioner,<br><br>    v.<br><br>STEVE LANGFORD,<br><br>        Respondent. | Case No. CV 17-03102-CJC (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: November 27, 2017

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE